Printed in USA.

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly | |
|---|---|---|---|---|---|---|
| C104005 | New Haven | | | 5/22/02 | Annual | ☑ |

Last inspection date ___4/4/01___          Present general condition: ☐ Good ☑ Fair ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| X | | Boom | X | | Steps and Railing |
| | N/A | Boom Stops | | | Draw Bars-Couplers |
| | | Boom Angle Indicator | | | Swing Stops/Locking Pins |
| | | Boom Rivets & Bolts | | | Operating Controls |
| | | Boom Heel Pins | | X | Windows |
| | | Sheaves | | | Windshield Wipers |
| | | Sheave Pins | | X | Washing Devices |
| | | Cable Drums | | | Lights |
| | | Cable-Boom-Holding Line | | | Guards |
| | | Closing, Pendants | | X | Engine |
| | X | Cable Clamps | | | Clutch-PTO |
| | | Hoisting Blocks/Hooks | | X | Gauges-Temperature-Oil-Ampere |
| | N/A | Winch | | N/A | Hydraulic System-Valves, Pump, Motor |
| | N/A | Winch/Cable | | N/A | Main Control Generator |
| | N/A | Lifting Chains | | | Magnet Generator |
| | | Tongs-Rail-Frog | | | Magnet |
| | X | Brakes | | | Tagline-Cable-Electrical |
| | | Brakes-Air-Lines-Reservoir | | | Battery |
| | N/A | Brakes-Hydraulic | | | Air Compressor |
| | | Brakes-Emergency | | | Safety Appliances |
| | N/A | Brakes-2 Wheel | | | Fire Extinguishers |
| | | Brakes-4 Wheel | | X | General Condition-Paint, etc. |
| | | Brakes-Shoes | | | Lifting Capacity Chart |
| | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| | | Axles | | | When was Cable Replaced: |
| | | Tram-Axle & Wheel | | | Boom _____ |
| | | Springs | | | Holding _____ |
| | N/A | Tires | | | Closing _____ |
| | N/A | Steering | | | Strands of Cable Broken |
| | | U-Joints, Drive Gears | | | Ground Cables and Ground Clamps |
| | | Drive Chains | | | Electrical Wire Warning Sign |
| | | Sprockets | | | |
| | | Drive Shafts | | | |
| | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| | | Bearings | | | |
| | N/A | Hook Roller | | | |
| | N/A | Outriggers | | | |

Remarks: _____

_____

_____

Operator's Signature

(Date) _____    (Employee No.) _____

I certify to the correctness of this report

(Signed) _____    (Date Posted) _____

Employee Number _____

(Title) _____

GR4005            7/1/02

1) Extremely Noisey in operators Cab.

2) Needs Flood Light

3) Sending unit For propellor shaft not working (disconnected)

4) Brakes on Crane not releasing all The Time

5) Oil Leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

F.E. Babut
712478

ATT:
MARK ELLIS

09/05/2003 FRI 11:45 FAX



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              0743
CONNECTION TEL                        8579
CONNECTION ID        NWP SHOP
ST. TIME             07/01 06:57
USAGE T              00'25
PGS.                    1
RESULT               OK
```

CB 005                                    9/23/00

1) Extremely Noisey while Traveling, Cannot hear radio. Unsafe Situation.

2) 4 bent boom struts.

3) No emergency shutdown switch.

4) Oil Leaking on deck.

5) Boom Light missing.

6) Gear oil Leaking out of Transfer case.

7) When pulling Car, Train Line air brakes activate by Them selves.

4TT:

Paul Signorelli

7.E. Bakuster

712478

Case 3:03-cv-00185-MRK    Document 30-8    Filed 12/17/2003    Page 5 of 19



```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


     TRANSMISSION OK

     TX/RX NO              4170
     CONNECTION TEL                        8579
     CONNECTION ID        NWP SHOP
     ST. TIME             10/23 08:01
     USAGE T              00'13
     PGS.                     1
     RESULT               OK
```

```
     TX/RX NO              4170
     CONNECTION TEL                        8579
     CONNECTION ID        NWP SHOP
     ST. TIME             10/23 08:01
     USAGE T              00'13
     PGS.                     1
     RESULT               OK
```

CB 4004                                    9/6/00

1) Oil Leaking from Engine
   and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze
   under Load.

3) Engine burns oil

4) Engine grinds ● in every gear,
   very difficult To shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode.
   getting worse.

7) Flat spots in wheels.

8) Boom Light + running Lights
   not working

9) needs Air Filter, oil change
   and oil filters

ATT:
PAUL Signorelli                F. E. Baker
                                   712478

Case 3:03-cv-00185-MRK Document 30-8 Filed 12/17/2003 Page 7 of 19



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4054
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             09/06 08:40
USAGE T              00'12
PGS.                 1
RESULT               OK
```

CB 4004          7/25/00

1) Oil Leaking from everywhere.

2) Engine overheats + leaks antifreeze
   under a load.

3) Transmission Grinds in every Gear,
   very difficult to shift.

4) Travel bands stick, won't release.

5) Very noisey, and getting worse,
   especially in work mode.

F. E. Bohuta

712478

Case 3:03-cv-00185-MRK   Document 30-8    Filed 12/17/2003   Page 9 of 19



```
*************************
***   TX REPORT   ***
*************************


TRANSMISSION OK

TX/RX NO            3978
CONNECTION TEL                     8579
CONNECTION ID      NWP SHOP
ST. TIME           07/25 08:30
USAGE T            00'19
PGS.                    1
RESULT             OK
```

6, 5/00

CB 4005

1) No Boom stops.

2) No belt Guards on Engine pulleys.

3) Fuel Gage does not work.

4) Air leak in brake line system.

5) Heater core leaking.

6) Extremely Noisey in operators cab when.
   Traveling, cannot hear radio, hurts Ears!

7) Foot steps on chasiss To narrow, needs
   Foot Grating extended, Dangerous.

8) Travel bands slipping.

9) Boom struts bent.

F. E. Babitka
712478

ATT:

Paul Signorelli

CB 4005                                    5/3/00

1) NO BOOM STOPS

2) NO BELT GUARDS ON FRONT OF engine

3) Fuel Gage does not work

4) Air Leak in Load Line Control

5) Heater core Leaking

6) Cannot hear radio inside operators Cab,
   need external speaker.

7) Cab Leaks in several places when it rains.

8) Foot steps on chasiss Too narrow, Dangerous

9) Boom struts bent

10) Extremely noisey inside operators Cab.

11) Needs air horn facing to the rear.

12) Travel bands slipping

13) Needs 24 volt bulbs for indicator light
    for propeller shaft.


ATT:
Paul Signorelli

                              J.E. Bahut
                                 712478

09/05/2003 FRI 11:45 FAX                                                    ☒031/040

05/03/00  WED 07:51 FAX 203 786 8223        NH PROJECTS                      ☒001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


TRANSMISSION OK

TX/RX NO            3717
CONNECTION TEL                      8579
CONNECTION ID       NWP SHOP
ST. TIME            05/03 07:51
USAGE T             00'18
PGS.                   1
RESULT              OK
```

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************


TRANSMISSION OK

TX/RX NO            3717
CONNECTION TEL                      8579
CONNECTION ID       NWP SHOP
ST. TIME            05/03 07:51
USAGE T             00'18
PGS.                   1
RESULT              OK
```

CB 4005                          4/20/00

1) No Boom STOPS

2) No BelT guards on FronT of Engine

3) FueL gauge does noT work

4) AIR Leak in Train Brake

5) Heater Core Leaking AntiFreeze

6) CannoT hear radio inside operaTors
   Cab, needs exTernaL Speaker.

7) Cab Leaks in Several places when
   iT rains.

8) FooT STeps on Chasiss To Narrow, Hazzardous!

9) Boom STruTS BenT

10) ExTremeLy noisey inSide operaTors Cab.

11) Need AIr Horn Facing To The rear.

cc:

Paul Signourelli                    F. E. Babutis
                                       712478

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3682
CONNECTION TEL                        78579
CONNECTION ID        NWP SHOP
ST. TIME             04/20 07:48
USAGE T              00'24
PGS.                    1
RESULT               OK
```

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3682
CONNECTION TEL                        78579
CONNECTION ID        NWP SHOP
ST. TIME             04/20 07:48
USAGE T              00'24
PGS.                    1
RESULT               OK
```

09/05/2003 FRI 11:45 FAX                                                    @034/040

CB 4004                    11/15/99

1) Oil Leaking onto Deck

2) Coupler defected, won't Release

3) Needs sound proofing, Noise unbearable !

4) Travel Bands sticking, won't release.

5) Transmission Synchros shot, very hard to get into Gear

6) Rear marker Lights needs bulbs, Not working.

7) Hand brake bent, Cast broken.

8) Front Sheave bushings worn

9) Air Dryer Needs filament, A Lot of water building up in Air Tank.

10) Oil Leaking from Transfer Case

11) Engine burning oil.

12) Foot Grating needs to be welded, Tripping hazard.

ATT:

F.E. Bahutas

PAUL Signorelli

712478

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


TRANSMISSION OK

TX/RX NO            332J
CONNECTION TEL                    78579
CONNECTION ID       NWP SHOP
ST. TIME            11/15 08:58
USAGE T             00'30
PGS.                  1
RESULT              OK
```

```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


TRANSMISSION OK

TX/RX NO            332J
CONNECTION TEL                    78579
CONNECTION ID       NWP SHOP
ST. TIME            11/15 08:58
USAGE T             00'30
PGS.                  1
RESULT              OK
```

Burro Crane CB 4004   9/29/99

1) Oil leaking on Deck

2) 2 steps bent (dangerous situation)

3) Coupler defected (won't release)

4) Needs sound proofing material (Noise unbearable)

5) Bottom Brake inspection cover missing

6) Flood light on Boom not working

7) Travel bands still dragging in reverse and won't release (very dangerous)

8) Transmission grinds in every gear (synchros worn)

9) rear marker lights not working

10) Hand brake bent

11) Front sheave bushings worn

12) Cannot Travel in high range

13) External radio speaker not working

F.E. Bahutis
712478

Arthur Lawhorn
9/29/99

ATT:
Paul Signorelli

```
*********************
**  TX REPORT  ***
*********************


TRANSMISSION OK

TX/RX NO            3212
CONNECTION TEL                    78579
CONNECTION ID       METRO NORTH WORK
ST. TIME            09/29 07:49
USAGE T             00'36
PGS.                  1
RESULT              OK
```

☑ 038/040

9/14/99

# Burro Crane CB 4004

1) Oil Leaking on deck

2) 2 Steps damaged (dangerous)

3) Coupler defected (won't release)

4) Needs Sound Proofing material (noise unbearable)

5) Bottom Brake ~~Guide~~ inspection cover missing.

6) Flood Light on boom missing.

7) Travel Bands dragging and won't release when going in reverse.

8) Transmission grinds in every gear, Synchros worn.

9) Rear marker Lights not working.

10) Hand Brake Bent.

11) Front Sheave bushings worn.

12) Cannot Travel in High range. Bushings on Vertical shaft worn.

F.E. Bakutes

Empl. # 712478