UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Francis E. Bakutis                          Civil Action
                                            No: 3:02CV01877(SRU)
   Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Maurice Barrett                             Civil Action
                                            No: 3:03CV00180(DJS)
   Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

David B. Betrix                             Civil Action
                                            No: 3:03CV00181(WWE)
   Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.        January 27, 2004

   Defendants
_____X

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND
MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS
UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
——————————————————————X

Michael Bettini                                Civil Action
                                               No: 3:02CV02030(RNC)
    Plaintiff                                  FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
VS.                                            AS ORDERED BY MAGISTRATE
                                               JUDGE MARGOLIS.

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
——————————————————————X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
——————————————————————X

Robert C. Black                                Civil Action
                                               No: 3:02CV01873(AVC)
    Plaintiff                                  FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
VS.                                            AS ORDERED BY MAGISTRATE
                                               JUDGE MARGOLIS.

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
——————————————————————X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
——————————————————————X

Thomas, Byrne, Sr.                             Civil Action
                                               No: 3:03CV00182(CFD)
    Plaintiff                                  FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
VS.                                            AS ORDERED BY MAGISTRATE
                                               JUDGE MARGOLIS.

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
——————————————————————X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| James E. Caffrey | Civil Action No: 3:02CV01884(CFD) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Paul F. Ciuzio | Civil Action No: 3:02CV02032(JBA) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

| | |
|---|---|
| Samuel J. Compo | Civil Action No: 3:02CV1675(PCD) |
| Plaintiff | FELA HEARING LOSS CASES – MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS. |
| VS. | |
| Metro-North Railroad Company, et al. | January 27, 2004 |
| Defendants | |

_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frank A. DiLorenzo                          Civil Action
                                            No: 3:03CV00183(AWT)
    Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard Fanning                             Civil Action
                                            No: 3:02CV02034(SRU)
    Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Farley                               Civil Action
                                            No: 3:02CV02035(WWE)
    Plaintiff                            FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
                                            AS ORDERED BY MAGISTRATE
VS.                                         JUDGE MARGOLIS.


Metro-North Railroad Company, et al.        January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Calogero Farruggio                                    Civil Action
                                                      No: 3:02CV02036(CFD)
    Plaintiff                     <u>FELA HEARING LOSS CASES –</u>
                                                      <u>MAY BE FILED IN NEW HAVEN</u>
                                                      <u>AS ORDERED BY MAGISTRATE</u>
VS.                                                   <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.                 January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert L. Fuda                                       Civil Action
                                                     No: 3:02CV01678(RNC)
    Plaintiff                      <u>FELA HEARING LOSS CASES –</u>
                                                     <u>MAY BE FILED IN NEW HAVEN</u>
                                                     <u>AS ORDERED BY MAGISTRATE</u>
VS.                                                  <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.                January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John P. Geary                                        Civil Action
                                                     No: 3:02CV01679(WWE)
    Plaintiff                      <u>FELA HEARING LOSS CASES –</u>
                                                     <u>MAY BE FILED IN NEW HAVEN</u>
                                                     <u>AS ORDERED BY MAGISTRATE</u>
VS.                                                  <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.                January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Clyde Gibbs                                      Civil Action
                                                 No: 3:02CV02037(WWE)
    Plaintiff                  <u>FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE</u>
VS.                                              <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Dennis Inconstanti                               Civil Action
                                                 No: 3:03CV00184(JCH)
    Plaintiff                  <u>FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE</u>
VS.                                              <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Infantino                                 Civil Action
                                                 No: 3:02CV02038(GLG)
    Plaintiff                  <u>FELA HEARING LOSS CASES –
                                                 MAY BE FILED IN NEW HAVEN
                                                 AS ORDERED BY MAGISTRATE</u>
VS.                                              <u>JUDGE MARGOLIS.</u>


Metro-North Railroad Company, et al.             January 27, 2004


    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John F. Johnson, Jr.                        Civil Action
                                            No: 3:03CV00185(GLG)
    Plaintiff                               <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Charles A. Kane                             Civil Action
                                            No: 3:02CV01878(CFD)
    Plaintiff                               <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Karl Kautz                                  Civil Action
                                            No: 3:02CV01874(JBA)
    Plaintiff                               <u>FELA HEARING LOSS CASES –
                                            MAY BE FILED IN NEW HAVEN
VS.                                         AS ORDERED BY MAGISTRATE
                                            JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.        January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Thomas Kiniry                              Civil Action
                                           No: 3:02CV01680(JBA)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                           <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                        <u>AS ORDERED BY MAGISTRATE</u>
                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Frederick N. Koval                         Civil Action
                                           No: 3:02CV01879(GLG)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                           <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                        <u>AS ORDERED BY MAGISTRATE</u>
                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard, J. Laskevitch                     Civil Action
                                           No: 3:02CV01676(GLG)
   Plaintiff                         <u>FELA HEARING LOSS CASES –</u>
                                           <u>MAY BE FILED IN NEW HAVEN</u>
VS.                                        <u>AS ORDERED BY MAGISTRATE</u>
                                           <u>JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.       January 27, 2004

   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Sigismondo LoVerme                      Civil Action
                                        No: 3:02CV01880(PCD)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Jerry, D. Patterson, Sr.                Civil Action
                                        No: 3:03CV00187(GLG)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

John Raggi                              Civil Action
                                        No: 3:02CV1681(GLG)
    Plaintiff                           <u>FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Pedro S. Rodriguez                      Civil Action
                                        No: 3:03CV00188(JBA)
    Plaintiff                           FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Edward Paul Russo                       Civil Action
                                        No: 3:02CV01682(JCH)
    Plaintiff                           FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Antonio P. Sartori, Jr.                 Civil Action
                                        No: 3:02CV02039(PCD)
    Plaintiff                           FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Alfred C. Schumacher                    Civil Action
                                        No: 3:02CV01875(AHN)
   Plaintiff                            FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.


Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

James R. Scofield                       Civil Action
                                        No: 3:02CV1683(JCH)
   Plaintiff                            FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.


Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Michael Selmont                         Civil Action
                                        No: 3:02CV1677(GLG)
   Plaintiff                            FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
                                        AS ORDERED BY MAGISTRATE
VS.                                     JUDGE MARGOLIS.


Metro-North Railroad Company, et al.    January 27, 2004


   Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Richard H. Starr                          Civil Action
                                          No: 3:03CV00189(RNC)
    Plaintiff                      FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Strand                            Civil Action
                                          No: 3:02CV01883(AWT)
    Plaintiff                      FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Millard J. Sullivan                       Civil Action
                                          No: 3:02CV01684(JCH)
    Plaintiff                      FELA HEARING LOSS CASES –
                                          MAY BE FILED IN NEW HAVEN
VS.                                       AS ORDERED BY MAGISTRATE
                                          JUDGE MARGOLIS.

Metro-North Railroad Company, et al.      January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Timothy Sweeney                          Civil Action
                                         No: 3:02CV01872(RNC)
    Plaintiff                            FELA HEARING LOSS CASES –
                                         MAY BE FILED IN NEW HAVEN
VS.                                      AS ORDERED BY MAGISTRATE
                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.     January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Lawrence Tramaglini                      Civil Action
                                         No: 3:02CV02040(SRU)
    Plaintiff                            FELA HEARING LOSS CASES –
                                         MAY BE FILED IN NEW HAVEN
VS.                                      AS ORDERED BY MAGISTRATE
                                         JUDGE MARGOLIS.

Metro-North Railroad Company, et al.     January 27, 2004

    Defendants
_____X


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Joseph Walz                             Civil Action
                                        No: 3:02CV02041(DJS)
    Plaintiff                           FELA HEARING LOSS CASES –
                                        MAY BE FILED IN NEW HAVEN
VS.                                     AS ORDERED BY MAGISTRATE
                                        JUDGE MARGOLIS.

Metro-North Railroad Company, et al.    January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert West                                    Civil Action
                                               No: 3:03CV00190(AWT)
    Plaintiff                              <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
VS.                                            AS ORDERED BY MAGISTRATE
                                               JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____X

Robert F. Wright                               Civil Action
                                               No: 3:03CV00191(RNC)
    Plaintiff                              <u>FELA HEARING LOSS CASES –
                                               MAY BE FILED IN NEW HAVEN
VS.                                            AS ORDERED BY MAGISTRATE
                                               JUDGE MARGOLIS.</u>

Metro-North Railroad Company, et al.           January 27, 2004

    Defendants
_____X

### <u>PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO EXTEND THE DEADLINE FOR FILING ANY OBJECTIONS UNTIL AFTER THE COURT RULES ON THE INSTANT MOTION</u>

    Pursuant to 45 U.S.C. § 60 and D. Conn. L. R. Civ. P. 7(c), the plaintiffs in the above-captioned hearing loss cases respectfully move the Court to reconsider its January 15, 2004 Ruling on the Conrail Defendants' Motion To Compel with respect to request for production (RFP) 4 and 12. Upon reconsideration, the plaintiffs request that the Court only grant the motion insofar as it seeks production of statements obtained prior to commencement of the respective lawsuit.

**Oral Argument Requested**

Also, the plaintiffs move for an extension of time for filing any objections to the Court's January 15th Ruling until ten days after the Court rules on the instant motion for reconsideration.

FOR THE PLAINTIFFS,

By_____
     Scott E. Perry (ct17236)
     CAHILL & GOETSCH, P.C.
     43 Trumbull Street
     New Haven, Connecticut  06511
     (203) 777-1000

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on this 27th day of January, 2004 to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_____
Scott E. Perry