UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Johnson

V.                                    Case Number:  03cv185(MRK)

Metro-North Railroad, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 11/10/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 10, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, November 12, 2004.

```
                         KEVIN F. ROWE, CLERK

                   By:  ____/s/_____
                         P.A. Moore
                         Deputy Clerk
```