UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN F. JOHNSON, JR. | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : CIVIL ACTION NO. 3:03 CV 00185 (MRK) |
| | : |
| METRO-NORTH RAILROAD COMPANY, | : |
| CONSOLIDATED RAIL CORPORATION | : |
| AND AMERICAN FINANCIAL GROUP, | : |
| INC. f/k/a AMERICAN PREMIER | : DECEMBER 6, 2004 |
| UNDERWRITERS, INC., f/k/a | : |
| PENN CENTRAL CORPORATION | : |
| | : |
| Defendants. | : |

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF | THE DEFENDANT, |
|---|---|
| JOHN F. JOHNSON, JR | METRO-NORTH RAILROAD COMPANY |
| | |
| By:_____ | By:_____ |
| Scott E. Perry, Esq., (CT 17236) | Anthony D. Sutton, Esq., (CT 20607) |
| Cahill & Goetsch, P.C. | Ryan, Ryan, Johnson & Deluca, LLP |
| 43 Trumbull Street | 80 Fourth Street, P.O. Box 3057 |
| New Haven, CT 06511 | Stamford, CT  06905 |
| Phone No. 203-777-111 | Phone No. 203-357-9200 |

<u>FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS</u>

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, John F. Johnson, Jr.

_____
Anthony D. Sutton, Esq.

\\RYANMAIN01\Data\Procases\205.173\stipulation4dismissal.wpd
205.173